```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

BARBARA BATES,                  }
                                }
     Plaintiff,                 }
                                }    CIVIL ACTION NO.
v.                              }
                                }    2:13-cv-0514-WMA
FREEDOM MOTORS, INC.            }
                                }
     Defendants.                }
                                }
                                }
                                }
```

**MEMORANDUM OPINION**

Before this court is a motion to dismiss filed by defendant Freedom Motors, Inc., ("Freedom"), on April 10, 2013. Doc. 3. Freedom says that this action should be dismissed under 12(b)(3) because the purchase order signed by plaintiff, Barbara Bates ("Bates"), included a forum selection clause requiring any related dispute to be filed in a state or federal court in Michigan. The court ordered Bates to respond to defendant's motion on or before April 26, 2013. Doc. 4. After plaintiff filed and the court granted two motions for extensions of time, the deadline for her to file her response was June 21, 2013. Because the deadline has passed with no response from Bates, and because Freedom's motion is well-taken, the motion to dismiss will be granted in a separate order.

Done this 25th day of June, 2013.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```